FILED

06/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0036

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0036

_____

WHITEFISH 57 COMMERCIAL, LLC
and RIMROCK COMPANIES, LLC,

      Plaintiffs and Appellants,

  v.

CITY OF WHITEFISH,

      Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 28 2023